452 A.2d 1097

Commonwealth, Appellant v. Cole.

Petition for Allowance of Appeal Denied May 6, 1983.

Argued December 14, 1981. David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellant; Francis M. Walsh, Assistant Public Defender, for appellant.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order affirmed.